UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: GOODRX AND PHARMACY BENEFIT
MANAGER ANTITRUST LITIGATION                                      MDL No. 3139

(SEE ATTACHED SCHEDULE)

ORDER DEEMING MOTION WITHDRAWN
AND VACATING THE JANUARY 30, 2025 HEARING SESSION ORDER

Before the Panel is a motion by plaintiffs Old Baltimore Pike Apothecary, Inc., t/a Southern Chester County Pharmacy and Smith's Pharmacy II, Inc., d/b/a Smith's Pharmacy seeking centralization, under 28 U.S.C. § 1407, of the four actions listed on the attached schedule in the District of Rhode Island for coordinated or consolidated pretrial proceedings. On December 20, 2024, movants notified the Panel that they now seek to withdraw the Section 1407 motion. No party has responded to the motion.

IT IS THEREFORE ORDERED that the motion for transfer under 28 U.S.C. § 1407 is DEEMED WITHDRAWN.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 13, 2024, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

_____
Marcella R. Lockert
Acting Clerk of the Panel

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: GOODRX AND PHARMACY BENEFIT
MANAGER ANTITRUST LITIGATION                              MDL No. 3139

SCHEDULE A

| DIST. | DIV. | C.A. NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 24-09379 | Keaveny Drug, Inc. v. GoodRx, Inc. et al. |
| CAC | 2 | 24-09490 | Community Care Pharmacy, LLC v. Good Rx, Inc. et al. |
| CAC | 2 | 24-09858 | Grey Dog IV v. GoodRx, Inc. et al. |
| **RHODE ISLAND** | | | |
| RI | 1 | 24-00453 | Old Baltimore Pike Apothecary, Inc. et al. v. GoodRx Holdings, Inc. et al. |